UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PAMELA HILL,

        Plaintiff,

    v.                                    Case No. 1:17-cv-00493-MRB

DSW INC.,

        Defendant.

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Kindly enter my appearance in the above-captioned case for Defendant DSW Inc.

Respectfully submitted,

By:    */s/ James M. Doerfler*
        James M. Doerfler (OH #59350)

**REED SMITH LLP**
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-3280
Facsimile: (412) 288-3063
Email:  jdoerfler@reedsmith.com

*Counsel for DSW Inc.*

Dated: August 18, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2017 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

*/s/ James M. Doerfler*
James M. Doerfler (OH #59350)