UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PAMELA HILL,

    Plaintiff,

    v.

DSW INC.,

    Defendant.

Case No. 1:17-cv-00493-MRB

**DEFENDANT DSW INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant DSW Inc. ("DSW") hereby certifies that it is a publicly-traded company and has no corporate parent company, subsidiary or affiliate that has issued shares or debt securities to the public. DSW is unaware of any other parties that have a substantial financial interest in the outcome of the litigation by reason of insurance, a franchise agreement, or an indemnity agreement.

Dated: August 18, 2017

    Respectfully submitted,

By: */s/ James M. Doerfler*
James M. Doerfler (OH #59350)

**REED SMITH LLP**
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-3280
Facsimile: (412) 288-3063
Email:  jdoerfler@reedsmith.com

*Counsel for DSW Inc.*

- 2 -

## CERTIFICATE OF SERVICE

     I hereby certify that on August 18, 2017 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

                                        */s/ James M. Doerfler*
                                        James M. Doerfler (OH #59350)