UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PAMELA HILL,

        Plaintiff,

    v.                                        Case No. 1:17-cv-00493-MRB

DSW INC.,

        Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

THIS MATTER is before the Court on Defendant's Unopposed Motion for Enlargement of Time to Respond to the Complaint, filed on August 18, 2017.

The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

Defendant DSW Inc. shall have up to and through September 20, 2017, to respond to Plaintiff's Complaint.

**DONE AND ORDERED**, this __21st__ day of August, 2017.

                                                          /s/ Michael R. Barrett
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of Record*