UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PAMELA HILL,

        Plaintiff,

    v.                             Case No. 1:17-cv-00493-MRB

DSW INC.,

        Defendant.

## ORDER DISMISSING ACTION WITH PREJUDICE

AND NOW this 23rd day of October, 2017, upon consideration of the Parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A), it is HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The above-captioned Civil Action No. 1:17-cv-00493 is dismissed with prejudice.

2. The Clerk shall mark Civil Action No. 1:17-cv-00493 as CLOSED.

**DONE AND ORDERED**, this 23rd day of October 2017.

                                        s/Michael R. Barrett
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of Record*